**Order entered July 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00345-CV

**PAT PENNINGTON, INDIVIDUALLY AND AERONAUTICAL TECH SERVICES, INC. D/B/A AERO TECH SERVICES, Appellants**

**V.**

**CYPRESS AVIATION, LLC, WILLIAM S. MONTGOMERY, AND DONALD R. SCHMIDT, JR., Appellees**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-04263**

## ORDER

Before the Court is appellants' July 24, 2019 second motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 26, 2019. We caution that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
        JUSTICE